**DISMISS and Opinion Filed February 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00636-CV

**R.B. BROWN, JR., Appellant**
**V.**
**BRIDGET BROWN-PARSON, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00759**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is appellee's January 14, 2015 motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of prosecution. Appellant did not file a response to appellee's motion to dismiss.

The clerk's record is past due. The Dallas County District Clerk notified this Court that the clerk's record had not been filed because appellant had not paid or made arrangements to pay the fee for the record. On October 9, 2014, the Court instructed appellant to file, within ten days, either written verification that payment or payment arrangements for the clerk's record had been made or written documentation that appellant had been found indigent and allowed to proceed without advance payment of costs. The Court cautioned appellant that failure to file the

requested documentation within the time specified would result in dismissal of the appeal for want prosecution. As of today's date, appellant has not responded.

Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

140636F.P05

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

R.B. BROWN, JR., Appellant

No. 05-14-00636-CV          V.

BRIDGET BROWN-PARSON, Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-14-00759.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BRIDGET BROWN-PARSON recover her costs of this appeal from appellant R.B. BROWN, JR..

Judgment entered February 3, 2015.